IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRED BURNS, II, <br> TDCJ #1200171, <br><br> Plaintiff, <br><br> v. <br><br> WARDEN TIM MORGAN, *et al.*, <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. H-05-4222 |

## FINAL JUDGMENT

For the reasons set out in the Court's *Memorandum and Order* of even date, this case is **DISMISSED** with prejudice.

This is a **FINAL JUDGMENT**.

The Clerk will provide copies of this order to the parties.

SIGNED at Houston, Texas on **January 30, 2006.**

_____
Nancy F. Atlas
United States District Judge

060130.1751